## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CALVIN BAILEY**                                                                                      **PLAINTIFF**
**#0034731**

**v.**                                              **No: 3:21-cv-00171-KGB-PSH**


**TAMMY GLENN,** *et al.*                                                          **DEFENDANTS**


### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge

Kristine G. Baker. You may file written objections to all or part of this

Recommendation.  If you do so, those objections must: (1) specifically explain the

factual and/or legal basis for your objection; and (2) be received by the Clerk of this

Court within fourteen (14) days of this Recommendation.  By not objecting, you

may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Calvin Bailey filed a *pro se* complaint pursuant to 42 U.S.C. § 1983

on August 20, 2021 (Doc. No. 1).  In the Court's initial order for *pro se* prisoner

plaintiffs ("Initial Order"), Bailey was notified he must comply with Local Rule

5.5(c)(2), which provides that if any communication from the Court is not responded

to within thirty days, the case may be dismissed without prejudice (Doc. No. 2).  The

Court also instructed Bailey to return a completed *in forma pauperis* ("IFP") application, including an accompanying affidavit and jail account information sheet, or pay the $402.00 filing and administrative fees within 30 days. *See* Doc. No. 2. Bailey was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed since the Court's Initial Order was mailed to Bailey on August 25, 2021, and Bailey has not complied or otherwise responded to the order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Bailey's complaint (Doc. No. 1) be dismissed without prejudice.

DATED this 30th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE