IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CALVIN BAILEY**  **PLAINTIFF**
ADC #0034731

v.   Case No. 3:21-cv-00171-KGB-PSH

**TAMMY GLENN**, *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 3).  Plaintiff Calvin Bailey has not filed any objections, and the time for filing objections has passed.  After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, adopted in its entirety as this Court's findings in all respects (*Id.*).  The Court dismisses without prejudice Mr. Bailey's complaint for failure to comply with Local Rule 5.5(c) of the Eastern and Western Districts of Arkansas and failure to respond to this Court's Orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (recognizing that district courts have inherent power and discretion to dismiss *sua sponte* a case for failure to prosecute).

It is so ordered this 17th day of January, 2023.

_____
Kristine G. Baker
United States District Judge